# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 10, 2016

_____

## RESPONSE REQUESTED
_____

No. 16-4168 (L), <u>US v. Shannon Ashworth</u>
                8:15-cr-00221-TMC-4

TO:    Ray Coit Yarborough
        Joshua Snow Kendrick
        Derek Joseph Enderlin

**RESPONSE DUE: 06/23/2016**

Response is required to the motion to dismiss appeal on or before 06/23/2016.

Karen Stump, Deputy Clerk
804-916-2704