FILED: July 1, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-4168 (L)
(8:15-cr-00221-TMC-4)
_____

UNITED STATES OF AMERICA

　　Plaintiff - Appellee

v.

SHANNON D. ASHWORTH

　　Defendant - Appellant

_____

O R D E R
_____

　　The court denies the motion for extension of time to file opening brief and appendix.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk