# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 11, 2016

_____

## ANDERS CERTIFICATE
## CORRECTION NOTICE

_____

No.  16-4168 (L), <u>US v. Shannon Ashworth</u>
            8:15-cr-00221-TMC-4

TO:   Ray Coit Yarborough
      Joshua Snow Kendrick
      Derek Joseph Enderlin

CORRECTED CERTIFICATE DUE:  July 14, 2016

Please file a corrected **certificate of service for Anders brief** stating a copy of the brief has been served on appellant and **appellant has been advised of his right to file a pro se brief raising additional issues**.

Karen Stump, Deputy Clerk
804-916-2704


CC:   Derek Joseph Enderlin
      Joshua Snow Kendrick
      William Jacob Watkins Jr.
      Ray Coit Yarborough Jr.